

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12-CR-5240-GT |
| ) Plaintiff, ) | **ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING DATE** |
| vs. ) | |
| JAVIER TELLEZ-AYALA, ) | |
| ) Defendant. ) | |

The parties being in agreement, and good cause appearing,

**IT IS SO ORDERED** that the sentencing date presently scheduled for May 6, 2013 be continued to Thursday, May 23, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

Date: May 2, 2013

Hon. Gordon Thompson, Jr.
U.S. DISTRICT COURT JUDGE